DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JEVON LAWSON,**
Appellant,

v.

**STATE OF FLORIDA, DEPARTMENT OF REVENUE, CHILD SUPPORT PROGRAM** and **BRITTANY MARIE LECOUNTE,**
Appellees.

No. 4D22-1797

[February 22, 2023]

Appeal from the State of Florida, Department of Revenue; L.T. Case No. 2000973822.

Jevon Lawson, West Palm Beach, pro se.

Ashley Moody, Attorney General, and Toni C. Bernstein, Senior Assistant Attorney General, Child Support Enforcement, Tallahassee, for appellee.

PER CURIAM.

Jevon Lawson appeals a final administrative support order entered by the State of Florida Department of Revenue Child Support Program. Because his arguments were not preserved for review, we affirm.

However, our affirmance is without prejudice for Lawson to seek a modification of the final administrative support order as set forth in section 409.2563(12), Florida Statutes (2022), or a superseding order in the circuit court pursuant to section 409.2563(10)(c), Florida Statutes (2022).

*Affirmed.*

KLINGENSMITH, C.J., WARNER and CIKLIN, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***